**Eddie Levord TAYLOR,**
**Plaintiff–Appellant,**

v.

Dennis **DANIELS;** Nurse **Garrison;** Nurse **Daniels;** Nurse **Curtis;** Marvin **Casino;** Nurse **Danial;** Nurse **Gressner;** Mr. **Burgess;** Mr. **Burch;** Mr. **Smith;** Officer **McCrory;** Officer **Taylor;** Officer **Purvish;** Officer **McLean;** Officer **Neuhoff;** Officer **Stevens;** Officer **Mercer;** Sergeant **Arthur;** Sergeant **Ellis;** Sergeant **Andran,** Defendants–Appellees.

No. 14–7911.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 12, 2015.

Decided: March 17, 2015.

Eddie Levord Taylor, Appellant Pro Se. Judith Marie Estevez, Assistant Attorney General, Raleigh, North Carolina; Ginger Bagley Hunsucker, Cranfill, Sumner & Hartzog, LLP, Raleigh, North Carolina; Donna Elizabeth Tanner, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Levord Taylor appeals the district court's orders denying his motions for appointment of counsel and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Taylor's motion to appoint counsel and affirm for the reasons stated by the district court. *Taylor v. Daniels*, No. 5:13–ct–03080–BO (E.D.N.C. Oct. 24, 2013; May 2, 2014; Dec. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*